NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FREDERICK FOSTER,**
*Plaintiff-Appellant,*

**v.**

**PITNEY BOWES CORPORATION,**
*Defendant-Appellee,*

AND

**UNITED STATES POSTAL SERVICE,**
*Defendant-Appellee,*

AND

**JOHN DOES 1-10,**
*Defendants.*

---

2013-1374, -1444

---

Appeals from the United States District Court for the Eastern District of Pennsylvania in No. 11-CV-7303, Judge Joel H. Slomsky.

---

**ON MOTION**

---

PER CURIAM.

FOSTER v. PITNEY BOWES CORPORATION                                    2

# O R D E R

Frederick Foster moves to revise the official caption in appeal No. 2013-1374 to include the United States Postal Service (USPS) as an appellee. The USPS opposes being added as a defendant-appellee and asks the court to strike portions of Foster's brief or in the alternative to be given leave to file a response to his brief.

Recently docketed appeal No. 2013-1444 involves the United States District Court for the Eastern District of Pennsylvania's July 23, 2012 order granting dismissal of the USPS as a defendant and subsequent denial of Foster's motion for sanctions against the USPS. That appeal, which is consolidated with appeal No. 2013-1374, moots the arguments made by the USPS.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  Foster's motion is granted to the extent that the USPS is added as a defendant-appellee.

(2)  The revised official caption is reflected above.

(3) Appellees should compute the due date of their briefs from the date of this order.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s26